# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CLOPAY CORPORATION, an Ohio corporation,<br><br>　　　Plaintiff,<br><br>v.<br><br>JARED PRIEST, an individual,<br><br>　　　Defendant. | Case No. CIV-23-228-RAW-JAR |

## **ORDER**

　　　Before the court is the Findings and Recommendation (hereinafter "F&R") entered by Magistrate Judge Robertson [Docket No. 24], recommending that the Defendant's motion to dismiss for lack of jurisdiction [Docket No. 19] be granted and that Plaintiff's motion for confirmation of arbitration, entry of judgment, and award of attorney's fees and costs [Docket No. 12] be found moot due to the granting of the dismissal.  No objections to the F&R have been filed.  The standard of review is *de novo.*  28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3).

　　　As stated by Magistrate Judge Robertson, the only claims before this court are the confirmation of an award of preliminary injunction and monetary award of $33,327.65.  As this award does not meet the threshold amount in controversy, the court has no § 1332 jurisdiction.  Moreover, as the stated in the F&R, for this court to have jurisdiction to confirm an award under the FAA, the award must be final, and the award at issue is not final.

　　　The F&R is well-supported by the evidence and the prevailing legal authority.  It is hereby affirmed and adopted as this court's Findings and Order.  The motion to dismiss for lack

2

of jurisdiction [Docket No. 19] is hereby GRANTED, and this action is hereby DISMISSED.

Accordingly, Plaintiff's motion [Docket No. 12] is MOOT.

    **IT IS SO ORDERED** this 22nd  day of March, 2024.

_____
**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**